NANCY HERSH, State Bar No. 49091
nhersh@hershlaw.com
CHARLES C. KELLY, II, State Bar No. 122253
ckelly@hershlaw.com
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6316
(415) 441-5544

JULIA L. MONTGOMERY, State Bar No. 184083
jmontgomery@crlaf.org
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA  95816
(916) 446-7904

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR ARCE, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>VALLEY PRUNE, LLC; TAYLOR BROTHERS FARMS, INC.; and DOES 1-20,<br><br>            Defendants | CLASS ACTION<br><br>Case No.:  2:12-cv-02772-JAM-CMK<br><br>**ORDER TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION AND RELATED DATES** |

The Court, having read and considered the Stipulation to Extend Time to File Motion for Class Certification and Related Dates, and good cause appearing therefor,

IT IS ORDERED THAT:

///

The hearing date for class certification is continued to December 11, 2013, with Plaintiff's motion for class certification and supporting documents to be filed on or before November 6, 2013, with opposition and reply briefs filed in accordance with Local Rule 230.

DATED:  7/2/2013                    /s/ John A. Mendez_____
                                   HON. JOHN A. MENDEZ
                                   U.S. DISTRICT COURT JUDGE