NANCY HERSH, State Bar No. 49091
nhersh@hershlaw.com
CHARLES C. KELLY, II, State Bar No. 122253
ckelly@hershlaw.com
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6316
(415) 441-5544

JULIA L. MONTGOMERY, State Bar No. 184083
jmontgomery@crlaf.org
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA  95816
(916) 446-7904

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR ARCE, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>VALLEY PRUNE, LLC; TAYLOR BROTHERS FARMS, INC.; and DOES 1-20,<br><br>  Defendants | CLASS ACTION<br><br>Case No.:  2:12-cv-02772-JAM-CMK<br><br>**ORDER TO ALLOW FILING OF FIRST AMENDED COMPLAINT** |

The Court, having read and considered the Stipulation to Allow Filing of First Amended Complaint, a copy of which is attached hereto as Exhibit "A", and good cause appearing therefor,

///

      IT IS HEREBY ORDERED that Plaintiffs' First Amended Complaint, attached hereto as Exhibit "A," is to be filed.

DATED:  8/22/2013                     /s/ John A. Mendez_____
                                          HON. JOHN A. MENDEZ
                                          U.S. DISTRICT COURT JUDGE