NANCY HERSH, State Bar No. 49091
nhersh@hershlaw.com
CHARLES C. KELLY, II, State Bar No. 122253
ckelly@hershlaw.com
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6316
(415) 441-5544

CYNTHIA RICE, State Bar No. 87630
crice@crlaf.org
CHRISTINA Y. MEDINA, State Bar No. 258575
cmedina@crlaf.org
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA  95816
(916) 446-7904

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR ARGE and CESAR RODRIGUEZ, On behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>VALLEY PRUNE, LLC; TAYLOR BROTHERS FARMS, INC.; and DOES 1-20,<br><br>     Defendants | CLASS ACTION<br><br>Case No.:  2:12-cv-02772-JAM-CMK<br><br>**ORDER TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION AND RELATED DATES** |

The Court, having read and considered the Stipulation to Extend Time to File Motion for Class Certification and Related  Dates, and good cause appearing therefor,

IT IS ORDERED THAT:

      The hearing date for class certification is continued to April 23, 2014, at 9:30 am, or as soon thereafter as the Court is able to hear Plaintiffs' Motion for Class Certification.  Plaintiffs' Motion for Class Certification and supporting documents shall be filed no later than March 14, 2014, with opposition and reply briefs filed in accordance with Local Rule 230.

DATED:  11/4/2013                        /s/ John A. Mendez_____
                                             HON. JOHN A. MENDEZ
                                             U.S. DISTRICT COURT JUDGE