UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR ARCE and CESAR RODRIGUEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY PRUNE, LLC; TAYLOR BROTHERS FARMS, INC.; and DOES 1-20,<br><br>Defendants. | Case No.: 2:12-cv-02772-JAM-CMK<br><br>Hon. John A. Mendez<br><br>ORDER RE: STIPULATION TO TAKE MOTIONS OFF CALENDAR |

**ORDER**

The Court, having reviewed the parties' Stipulation to Take Motions Off Calendar, and good cause appearing therefore, orders as follows:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Class Certification (Dkt. No. 35) and Plaintiffs' Motion for Separate Trials of Issues (Dkt. No. 36) shall be taken off the Court's calendar with leave to re-file both Motions should the parties' current settlement agreement not be finalized and/or not approved by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED,


Date: 4/29/2014


/s/ John A. Mendez
United States District Court Judge