DENNIS R. MURPHY, SBN 051215
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:     (916) 446-2300
Facsimile:      (916) 503-4000
Email:            dmurphy@murphyaustin.com

Attorneys for Defendants
VALLEY PRUNE, LLC and TAYLOR
BROTHERS FARMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR ARCE and CESAR RODRIGUEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY PRUNE, LLC; TAYLOR BROTHERS FARMS, INC., et al.,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No.  2:12-cv-02772-JAM-CMK<br><br>**STIPULATION AND ORDER EXTENDING TIME IN WHICH TO FILE DISPOSITIONAL DOCUMENTS** |

WHEREAS, Defendants filed a Notice of Pending Settlement in this action on April 28, 2014, and the parties have until May 15, 2014 in which to file the dispositional documents in this matter;

WHEREAS, this is a class action lawsuit, which involves the drafting, negotiating and processing of numerous settlement documents, including, but not limited to: 1) a Stipulation of Class Action Settlement and Release; 2) a Proposed Order of Preliminary Approval; 3) a Proposed Class Notice of Pendency of Class Action and Proposed Settlement; 4) a Proposed Claim Form; 5) a Proposed Order of Dismissal; 6) a Motion for Preliminary Approval of Class Action; and 7) a Motion for Final Approval.  Additionally, a substantial amount of time will be

needed to administer the claims prior to seeking final approval from the Court; and

WHEREAS, the parties, although working diligently to prepare and agree upon the exact terms and conditions of settlement, being unable to complete the settlement process in the requisite time period imposed by Local Rule 160 for matters not of this complexity; accordingly

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs EDGAR ARCE and CESAR RODRIGUEZ, individually, and on behalf of all others similarly situated, and Defendants VALLEY PRUNE, LLC and TAYLOR BROTHERS FARMS, INC., through their respective counsel, that the time in which to file the dispositional papers in this action shall be extended to and including October 31, 2014. The parties also agree to file a supplemental stipulation should additional time be needed.

Dated: May 13, 2014

NANCY HERSH
CHARLES C. KELLY, II
HERSH & HERSH

CYNTHIA L. RICE
DELLA BARNETT
CALIFORNIA RURAL LEGAL
ASSISTANCE FOUNDATION

CARLSON LEGAL SERVICES

By /s/MatthewD.Carlson
    Matthew D. Carlson
Attorneys for Plaintiffs
EDGAR ARCE and CESAR RODRIGUEZ

Dated: May 13, 2014

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By /s/DennisR.Murphy
    Dennis R. Murphy
Attorneys for Defendants
VALLEY PRUNE, LLC and
TAYLOR BROTHERS FARMS, INC.

**IT IS SO ORDERED.**

DATED: May 15, 2014

/s/ JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE