UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR ARCE and CESAR RODRIGUEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY PRUNE, LLC; TAYLOR BROTHERS FARMS, INC., et al.,<br><br>Defendants. | Case No.  2:12-cv-02772-JAM-CMK<br><br>**ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT, SETTING FINAL APPROVAL HEARING DATE AND APPROVAL OF CLASS NOTICE AND CLAIM FORM** |

    The Court, having fully reviewed the Motion for Preliminary Approval of Class Action Settlement, the Stipulation and Settlement of Class Action Claims ("Agreement"), and Exhibits in support thereof, and having carefully reviewed the Agreement and the proposed Notice of Pendency of Class Action and Proposed Settlement, and in recognition of the Court's duty to make a preliminary determination as to the reasonableness of any proposed Class Action settlement, and if preliminarily determined to be reasonable, to provide notice to Class Members in accordance with due process requirements, and to schedule a formal Final Settlement Hearing to determine the good faith, fairness, adequacy and reasonableness of any proposed settlement;

- 1 -

4379.001-1630866.4

ORDER OF PRELIMINARY APPROVAL 2:12-CV-02772-JAM-CMK

THE COURT HEREBY MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

The Court finds on a preliminary basis that the Agreement, filed and incorporated herein by this reference and made a part of this Preliminary Approval Order, appears to be within the range of reasonableness of a settlement which could ultimately be given final approval by this Court; it further appears to the Court on a preliminary basis that the settlement amount is fair and reasonable to Class Members when balanced against the probable outcome of further litigation relating to liability and damages issues and potential appeal of rulings; it further appears that significant discovery, investigation, research and litigation have been conducted such that counsel for the parties at this time are able to reasonably evaluate their respective positions; it further appears that settlement at this time will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation; it further appears that the proposed Settlement has been reached as the result of intensive, serious and non-collusive negotiations between the parties;

ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR PRELIMINARY APPROVAL ORDER IS HEREBY GRANTED, THE CLASS IS CERTIFIED FOR SETTLEMENT PURPOSES ONLY, MEANING THIS CERTIFICATION WILL HAVE NO BINDING EFFECT SHOULD THE SETTLEMENT LATER BE DENIED, PLAINTIFFS EDGAR ARCE AND CESAR RODRIGUEZ ARE APPOINTED CLASS REPRESENTATIVES AND CHARLES KELLY OF HERSH & HERSH, DELLA BARNETT OF CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION, AND MATTHEW D. CARLSON OF CARLSON LEGAL SERVICES ARE CONDITIONALLY APPOINTED AS CLASS COUNSEL.

Consistent with the definitions provided in the Agreement, the Class includes all employees of Mexican national origin who were employed by Defendants for any period of time from August 10, 2011 through May 7, 2012 at Defendants' 4075 Oren Avenue, Corning, CA 96021 location. The "Class", "Classes" and "Class Members" include Class Members who do not properly exclude themselves from the terms of the Settlement.  Further, the Court finds that the

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

proposed Settlement Administrator, Simpluris, Inc., is an adequate Claims Administrator, and the proposed Notice of Pendency of Class Action and Proposed Settlement ("Class Notice"), which advises the Class Members of the Preliminary Approval of the Settlement, the "Opt-Out" timing and procedures, the timing and procedures for submitting a claim, and the date of the Final Settlement Hearing, substantially in the form attached to the Agreement as Exhibit 2 and incorporated herein by this reference and made a part of this Preliminary Approval Order, fairly and adequately advises Class Members of the terms of the proposed Settlement and the benefits available to Class Members, as well as their right to "Opt-Out" and procedures for doing so, and of the formal Final Settlement Hearing date and time and the right of Class Members to file documentation in support of or in opposition to the Settlement, and procedures for appearing at said hearing; the Court further finds that said Notice clearly comports with all constitutional requirements, including those of due process; the Court further finds that the proposed Class Notice and the Claim Form, are reasonable and adequate and will likely assist Class Members in the claims process;

ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY APPROVES THE PROPOSED CLAIMS ADMINISTRATION PROCESS, THE PROPOSED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT, AND THE CLAIM FORM.

Mailing to the present or last known address of present and former employees and an address update search for Class Members constitute an effective method of notifying Class Members of their rights with respect to the Class Action and Settlement;

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE PROCEDURES SET FORTH IN THE AGREEMENT AND THE FOLLOWING SCHEDULE BE ESTABLISHED AND FOLLOWED, UNLESS MODIFIED BY THE COURT:

| Event | Timing |
|---|---|
| Defendants provide list of Class Members to the Claims Administrator. | 15 calendar days after Preliminary Approval |
| Claims Administrator mails Notice Packet (Notice & Claim Form) to Class Members. | 21 calendar days after Preliminary Approval |
| Claims Submission Deadline and Opt-Out Deadline. | 60 calendar days after mailing of Notice Packet by Claims Administrator |

- 3 -
4379.001-1630866.4
ORDER OF PRELIMINARY APPROVAL 2:12-CV-02772-JAM-CMK

| Objection Deadline | 60 calendar days after mailing of Notice Packet by Claims Administrator |
|---|---|
| Claims Administrator provides declaration of Mailing Class Notice and Claim Form. | 16 court days before Fairness Hearing |
| Defendants files Motion for Final Approval and Plaintiffs file Motion for Attorneys' Fees, Costs, and Incentive Payments | 16 court days before Fairness Hearing |
| Final Approval Hearing. | Approximately 100 calendar days after Preliminary Approval |
| Defendants pay all sums under the settlement as specified. | 10 calendar days after the Effective Date |

IT IS FURTHER ORDERED that no person, except Class Counsel and Counsel for Defendants, shall be heard in opposition to the Court's determination of the good faith, fairness, reasonableness and adequacy of the proposed Settlement, the requested attorneys' fees and costs, and any Order of Dismissal with Prejudice and Final Judgment regarding such Settlement, unless such person has complied with the conditions set forth in the Notice of Pendency of Class Action and Proposed Settlement, which conditions are incorporated herein.

IT IS FURTHER ORDERED all briefs supporting or opposing the Settlement shall be served and filed in accordance with the above schedule.

IT IS FURTHER ORDERED that if, for any reason, the Court does not execute and file an Order of Dismissal with Prejudice and Final Judgment, or if the "Effective Date" of Settlement, as defined in the Agreement, does not occur for any reason whatsoever, the proposed Agreement, and all evidence and proceedings had in connection therewith, shall be without prejudice to the status quo and the rights of the parties to the litigation, as more specifically set forth in the Agreement.

IT IS FURTHER ORDERED that, pending further order of this Court, all proceedings in this matter, except those contemplated herein and in the Agreement, are stayed. The Court expressly reserves the right to adjourn or continue the Final Approval Hearing from time to time without further notice to Class Members.

IT IS FURTHER ORDERED that to facilitate administration of this Settlement, the Court hereby enjoins all Plaintiffs, including Named Plaintiffs, from filing or prosecuting any claims,

cases, suits or administrative proceedings regarding claims released by this Settlement unless and until such Plaintiffs have filed valid written requests for exclusion with the Settlement Administrator.

IT IS FURTHER ORDERED that the Final Approval Hearing shall be held before the undersigned on November 5, 2014 at 9:30 a.m. in Courtroom 6, located at the Robert I. Matsui United States Courthouse, 501 I Street, 14th Floor, Sacramento, California, to consider the fairness, adequacy and reasonableness of the proposed Settlement, preliminarily approved by this Preliminary Approval Order, and to consider the application of Class Counsel, Charles Kelly of Hersh & Hersh, Christina Medina of California Rural Legal Assistance Foundation, and Matthew Carlson of Carlson Legal Services for an award of attorneys' fees and costs incurred, and the request for a Class Representative Service Fee for Plaintiffs EDGAR ARCE and CESAR RODRIGUEZ.

IT IS SO ORDERED.

DATED: July 23, 2014

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE