UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR ARCE and CESAR RODRIGUEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY PRUNE, LLC; TAYLOR BROTHERS FARMS, INC.; and DOES 1-20,<br><br>Defendants. | Case No.: 2:12-cv-02772-JAM-CMK<br><br>[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE ENHANCEMENTS |

## ORDER

The Court, having considered the parties' papers, evidence filed in support thereof, and argument, HEREBY ORDERS AS FOLLOWS:

1. Plaintiffs are awarded their request for attorneys' fees and costs in the amount of $80,000. No class member objected to this fee award, and Defendants do not oppose it. Given Class Counsel's time spent litigating this case, the benefits obtained for the class, and that Class Counsel's claimed lodestar is more than four times this figure, the Court finds the award fair and reasonable under the circumstances of this case.

2. Plaintiffs are also awarded their request for class representative service enhancements in the amount of $7,500 each. Plaintiffs contributed to the case in numerous ways common to class litigation, but also in unique ways by, for example, facilitating meetings with class members and witnesses, during which they provided translation services. They also faced

unique risks associated with filing this particular action. No class member objected to this fee award, and Defendants do not oppose it. The Court, therefore, finds the $7,500 service enhancements fair and reasonable.

SO ORDERED,

Date: 11-5-2014

United States District Court Judge